UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN HICKEY, | : | CIVIL NO.: 4:18-cv-01793 |
| *As the Administratrix of Estate of* | : | |
| *Michael A. Serrano, Deceased,* | : | (Magistrate Judge Schwab) |
| *and in her Own Right*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KAREN MERRITT-SCULLY, | : | |
| MICHAEL MOCLOCK, | : | |
| RENEE KERR. | : | |
| | : | |
| Defendants. | : | |

**ORDER**
March 24, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the motions for summary judgment (*docs 43*, *45*) are **GRANTED IN PART AND DENIED IN PART**. Specifically, regarding Hickey's professional negligence claims, the defendants' motions for summary judgment are **DENIED**. Regarding Hickey's Eighth Amendment claims, the defendants' motions for summary judgment are **DENIED** as it relates to Dr. Moclock and Merritt-Scully; however, the motion for summary judgment is **GRANTED** as it relates to Hickey's Eighth Amendment claims against Nurse Kerr. Regarding Hickey's § 1983 claim for failure to train, supervise, and

discipline, the motion for summary judgment is **GRANTED**.  Last, Merritt-Scully is **DENIED** summary judgment as to her claim of sovereign immunity.

**IT IS FURTHER ORDERED** that a status call is scheduled for **April 12, 2022**, at **10:30 a.m.**  The conference will be by telephone.  Counsel for the plaintiff shall initiate the call by calling Chambers at (717) 221-3980.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
